The Honorable Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re: International Judicial Assistance in:<br><br>MARIA INES CALVO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT DE ARGENTINA S.R.L.,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-mc-00067-TL<br><br>[PROPOSED] ORDER APPOINTING COMMISSIONER UNDER 28 U.S.C. § 1782 |

Upon application of the United States of America, on behalf of the Labor Court of Original Jurisdiction No. 35, in and for the city of Buenos Aires, Argentina, seeking information from Microsoft who resides within the jurisdiction of this Court, for use in a judicial proceeding in Argentina, and the Court having read the Letter of Request (Exhibit A to the Declaration of Nickolas Bohl, Dkt. 1-2), from Alberto A. Calandrino, Judge in charge of Labor Court of Original Jurisdiction No. 35, in and for the city of Buenos Aires, Argentina, and being fully informed in the premises, it is hereby

ORDERED, under the authority contained in 28 U.S.C. § 1782 that Nickolas Bohl, Assistant United States Attorney for the Western District of Washington, is hereby APPOINTED as Commissioner to take such steps as are necessary to obtain information from Microsoft in

conformity with the legally permissible portions of the Letter of Request (as set forth in Exhibit A to the Declaration of Bohl, Dkt. 1-2), to certify the information provided by Microsoft in response thereto, to submit such answers to the United States Attorney for the Western District of Washington for transmission to the Office of International Judicial Assistance, United States Department of Justice, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

DATED this 1st day of September 2023.

Tana Lin
United States District Judge

[PROPOSED] ORDER APPOINTING COMMISSIONER
PURSUANT TO 28 U.S.C.§ 1782(a) - 2
CASE NO. 2:23-mc-00067-TL